IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DEBORAH L. AKERS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:20-cv-01107 |
| | ) Judge Aleta A. Trauger |
| SHARON D. MAERKLE *et al.*, | ) ) |
| Defendants. | ) |

## ORDER

Before the court are *pro se* plaintiff Deborah L. Akers' "Response & Objection(s)" [sic] ("Objections") (Doc. No. 68) to the Magistrate Judge's Report and Recommendation ("R&R") (Doc. No. 67). The R&R recommends that the Motion to Dismiss (Doc. No. 46) filed by defendants Judson L. Pankey, Matthew K. Menger, Jori L. O'Neal, Bruce S. Nozick, and Michael D. Foote and the Motion to Dismiss (Doc. No. 55) filed by defendant Sharon D. Maerkle both be granted and that this case be dismissed. Also pending is defendant Maerkle's Motion to Clarify Scrivener's Error (Doc. No. 64), filed with a proposed Amended Memorandum in Support (Doc. No. 64-1).

For the reasons set forth in the accompanying Memorandum, Maerkle's Motion to Clarify (Doc. No. 64) is **DENIED**. Further, the R&R is **ACCEPTED IN PART**, and the plaintiff's Objections (Doc. No. 68) are **OVERRULED**. Both Motions to Dismiss are **GRANTED**, on the grounds that the plaintiff's claims under the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1962 *et seq.*, are barred by the four-year statute of limitations. This case is **DISMISSED** in its entirety.

The Clerk shall enter judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge